415 A.2d 88

**COMMONWEALTH of Pennsylvania, Appellee,**

v.

**Oscar F. SHARP, Appellant.**

Supreme Court of Pennsylvania.

Argued May 20, 1980.

Decided June 18, 1980.

Reargument Denied July 21, 1980.

Judson E. Ruch, Craley, for appellant.

John C. Uhler, Dist. Atty., Richard H. Horn, Asst. Dist. Atty., for appellee.

Before EAGEN, C. J., and O'BRIEN, ROBERTS, NIX, LARSEN, FLAHERTY and KAUFFMAN, JJ.

## OPINION

PER CURIAM:

Judgment of sentence affirmed.